**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PABLO ACRE, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-0832** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **CHASE MANHATTAN MORTGAGE CORP., et al.,** | : | |
| Defendants | : | |

## AMENDING ORDER

AND NOW, this 25th day of August, 2005, upon consideration of the memorandum (Doc. 56) entered in the above-captioned case on August 24, 2005, it is hereby ORDERED that the memorandum (Doc. 56) is AMENDED as follows:

1. Footnote 3 is renumbered one number sequentially higher, so that it now appears as footnote 4.

2. In the first sentence of the final paragraph of page 3, a new footnote, number 3, is inserted after the period following the term "unfortunate," so that the sentence reads: The Burdicks' position is, to say the least, unfortunate.[3]

3. In footnote 3, the following text is inserted: It may be noted, without suggesting any influence on the court's disposition of the instant motion, that according to Chase the Burdicks have not made a payment on their mortgage since August 2003.

                                                        S/ Christopher C. Conner
                                                      CHRISTOPHER C. CONNER
                                                      United States District Judge