# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PABLO and IVETTE ACRE**, *et al.*, | : | CIVIL ACTION NO. 1:04-CV-0832 |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **CHASE MANHATTAN MORTGAGE CORP.**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of January, 2008, upon consideration of plaintiffs' motion to strike (Doc. 272) and it appearing that it duplicates plaintiffs' previous motion (Doc. 271), after the filing of which the court instructed plaintiffs to refile their brief in support as a separate document, it is hereby ORDERED that the motion (Doc. 272) is DENIED as moot.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge