# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PABLO** and **IVETTE ACRE**, *et al.*, | : CIVIL ACTION NO. 1:04-CV-0832 |
| **Plaintiffs** | : (Judge Conner) |
| v. | : |
| **CHASE MANHATTAN MORTGAGE CORP**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 1st day of February, 2008, upon consideration of plaintiffs' motion (Doc. 200) to place filed letter brief and exhibits under seal, it is hereby ORDERED that said motion is GRANTED and the Clerk is authorized to seal the letter brief and exhibits filed by plaintiff as Docket Entry No. 183.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge