IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PABLO ACRE**, *et al.*, | : CIVIL ACTION NO. 1:04-CV-0832 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **CHASE MANHATTAN MORTGAGE CORP.**, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 12th day of February, 2008, upon consideration of plaintiffs' motion (Doc. 280) for reconsideration of the court's order of February 1, 2008, which refused to reconsider plaintiffs' negligent misrepresentation claim, and it appearing that no such order appears on the docket in the above-captioned matter,[1] it is hereby ORDERED that the motion (Doc. 280) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The order challenged by the instant motion was filed only in <u>Lester v. Percudani</u>, No. 3:01-CV-1182 (M.D. Pa.), a companion case to the above-captioned matter. Plaintiffs have filed a duplicate motion in that case, which the court will consider in due course.