### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PABLO ACRE, *et al.*, | : | CIVIL ACTION NO. 1:04-CV-0832 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| CHASE MANHATTAN | : | |
| MORTGAGE CORP., *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 16th day of April, 2008, upon consideration of the motion for reconsideration (Doc. 284) of the Percudani defendants,[1] which was filed on March 31, 2008, and it appearing that, as of the date of this order, defendants have not filed a brief in support of the motion, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief in support of the motion."), it is hereby ORDERED that the motion (Doc. 284) is DEEMED withdrawn, see id. (providing that failure to file a brief in support of a motion within ten days shall result in the motion being "deemed to be withdrawn").

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The Percudani defendants include Gene Percudani, Chapel Creek Homes, Raintree Homes, Homes by Vintage, Y-Rent, and Chapel Creek Mortgage Banker.