# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PABLO ACRE and IVETTE ACRE,** *et al.*, | CIVIL ACTION NO. 1:04-CV-0832 |
| | (Judge Conner) |
| **Plaintiffs** | |
| v. | |
| **CHASE MANHATTAN MORTGAGE CORP.,** *et al.*, | |
| **Defendants** | |

## ORDER

Plaintiff, Seymour Howell, having moved this Court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, for a Voluntary Dismissal with prejudice of claims against all Defendants (Doc. 340), it is hereby ORDERED that said motion is GRANTED. Plaintiff Seymour Howell's complaint against all defendants is hereby voluntarily dismissed with prejudice.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge