# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PABLO ACRE and IVETTE ACRE**, *et al.*, | : CIVIL ACTION NO. 1:04-CV-0832 |
| | : (Judge Conner) |
| **Plaintiffs** | : |
| v. | : |
| **CHASE MANHATTAN MORTGAGE CORP.**, *et al.*, | : |
| **Defendants** | : |

## ORDER

Plaintiff, Rafael Ruiz, having moved this Court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, for a Voluntary Dismissal with prejudice of claims against all Defendants (Doc. 342), it is hereby ORDERED that said motion is GRANTED. Plaintiff Rafael Ruiz's complaint against all defendants is hereby voluntarily dismissed with prejudice.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge