# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PABLO ACRE and IVETTE ACRE**, *et al.*, | CIVIL ACTION NO. 1:04-CV-0832 |
| | (Judge Conner) |
| **Plaintiffs** | |
| v. | |
| **CHASE MANHATTAN MORTGAGE CORP.**, *et al.*, | |
| **Defendants** | |

## ORDER

Plaintiff, Donald Myrie, having moved this Court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, for a Voluntary Dismissal with prejudice of claims against all Defendants (Doc. 343), it is hereby ORDERED that said motion is GRANTED. Plaintiff Donald Myrie's complaint against all defendants is hereby voluntarily dismissed with prejudice.

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge