# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PABLO ACRE and IVETTE ACRE,** *et al.*, | CIVIL ACTION NO. 1:04-CV-0832 |
| | (Judge Conner) |
| **Plaintiffs** | |
| v. | |
| **CHASE MANHATTAN MORTGAGE CORP.,** *et al.*, | |
| **Defendants** | |

## ORDER

AND NOW, this 28th day of June, 2010, upon consideration of plaintiffs' motion to place filed motion and supporting papers under seal (Doc. 365), it is hereby ORDERED that said motion is GRANTED. The Clerk is authorized to seal the motion and supporting papers filed by plaintiffs on June 24, 2010.

                                            S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge